# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| HELEN GREEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 03-639-CV-W-FJG |
| | ) |
| NATIONSCREDIT FINANCIAL SERVICES, CORP., et al. | ) |
| | ) |
| Defendants. | ) |

## ORDER

On April 27, 2005, the Court held a teleconference with the parties to discuss discovery issues. Plaintiff requested from NationsCredit financial information for the years 1999 through 2003. NationsCredit objected on the basis that the information was not relevant. The Court finds that this information is relevant and plaintiff is entitled to this information for the time period requested. Therefore, NationsCredit shall produce subject to a protective order, the financial information for the years which plaintiff requested in the interrogatory.

Plaintiff also requested that defendant INGO produce the originals of the loan file, the application for credit, the promissory note and the deed of trust. INGO objected to producing the originals of these documents arguing that plaintiff has not shown that the copies were illegible or that the signatures on the documents were in dispute. The Court agrees that there is no need for INGO to produce the originals of these documents. If plaintiff's counsel wishes to examine the originals, he may go to INGO counsel's office to review them.

Date: April 29, 2005  
Kansas City, Missouri

**S/ FERNANDO J. GAITAN, JR.**  
Fernando J. Gaitan, Jr.  
United States District Judge